LAW OFFICES OF
MICHAEL O. HAYS (87440)
675 EAST FIRST AVE. #5
CHICO, CA 95926
TEL: 530-892-8916
FAX: 530-892-8015

ATTORNEY FOR DEBTORS

FILED
May 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002641115

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re: WILLIAM AND ROBERTA BAKER

DEBTOR(S)

Case No. 10-32152-A-7
DC No. MOH-1

DATE: JUNE 21, 2010
TIME: 9:00 AM
COURTROOM: 28
JUDGE MCMANUS

DEBTORS' MOTION TO COMPEL ABANDONMENT OF TRUSTEE'S INTEREST IN DEBTORS' DAY CARE BUSINESS

Debtors William and Roberts Baker respectfully request a determination that the Chapter 7 Trustee, John Reger, has no interest in their day care business, Parkside Preschool and Daycare, and that his interest be deemed abandoned. The grounds for relief are as follows:

1) Debtors' daycare/preschool business has only been in operation a little over one year, 3/23/09, and their is a lack of proven profitability that would cause the business to have any marketable value. The last 6 months earnings have been nominal with a net pretax of $2,135.00 monthly. The physical assets are estimated at $3,000.00 and collectable accounts receivable at $800.00.

Respectfully submitted,

Date: 5/18/10

MICHAEL O. HAYS
Attorney for Debtors